UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00084-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONOR JOSUE WONG,

    Defendant.

## ORDER

THIS MATTER is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, July 10, 2009,** and responses to these motions shall be filed by **Friday, July 24, 2009.** It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a future date. It is

FURTHER ORDERED that a 10-day jury trial is set for **Monday, August 10, 2009, at 9:00 a.m. in Courtroom A1002.**

Dated: June 11, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge