UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00084-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONOR JOSUE WONG,

    Defendant.

## **ORDER**

    THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant [doc. #13], filed June 10, 2009.  In the Motion, the government asks for an order authorizing it to disclose grand jury material to Defendant Leonor Josue Wong pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).  Defendant responded on June 17, 2009, indicating that she does not oppose the Motion.  The Court having reviewed the motion and being otherwise advised in the premises, it is hereby

    ORDERED that the Government's Motion to Disclose Grand Jury Material to Defendant [doc. #13], filed June 10, 2009, is **GRANTED**.  Grand jury testimony and grand jury exhibits and other materials may be disclosed to Defendant and her attorney in the course of discovery in this case, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).  It is

    FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant and her attorney; that Defendant's attorney shall maintain custody of such materials, and shall not reproduce

or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated: June 23, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge