UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00084-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONOR JOSUE WONG,

    Defendant.

**ORDER**

    THIS MATTER came before the Court during a hearing on July 2, 2009, on Defendant's Unopposed Motion for Disignation [sic] of Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) [doc. #21], filed June 21, 2009.  The government has no objection to Defendant's requests in the motion, as indicated in the motion and by government counsel at the hearing.  Taking into consideration the parties' arguments at the hearing, having reviewed the motion, and being fully advised in the premises therein, I will grant the motion pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  I will exclude a period of 120 days from the speedy trial deadlines and will vacate the trial date and pretrial filing deadlines.

    I find that the failure to grant a continuance in this case, which I do not find to be complex at this time, would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(b)(iv).  This is based on the assertion that

additional time for effective preparation may be required due to the amount of materials subject to pretrial disclosure or discovery, the age of the case, the nature of the thirty-one count Indictment, and the need to use interpreters because of various witnesses' unfamiliarity with the English language.

In conclusion, it is

ORDERED that Defendant's Unopposed Motion for Disignation [sic] of Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) [doc. #21], filed June 21, 2009, is **GRANTED** pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

ORDERED that a period of 120 days shall be excluded from speedy trial deadlines.  It is

FURTHER ORDERED that all pretrial filing deadlines and the trial set for August 10, 2009 are **VACATED**.  It is

FURTHER ORDERED that the parties shall file a joint status report not later than **Friday, October 2, 2009**.

Dated:  July 6, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge