UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00084-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. LEONOR JOSUE WONG,

 Defendant.

---

**ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A Change of Plea Hearing in this matter is set for **Wednesday, November 18, 2009 at 3:30 p.m. in Courtroom A1002.**

 Dated:  October 23, 2009