UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00084-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LEONOR JOSUE WONG,

      Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflicting criminal trial, the Change of Plea Hearing in this matter set for Wednesday, November 18, 2009 at 3:30 p.m. is **VACATED and RESET for Friday, November 20, 2009 at 10:45 a.m. in Courtroom A1002.**

      Dated:  November 12, 2009