UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00084-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONOR JOSUE WONG,

    Defendant.

---

**ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflicting criminal trial, the Change of Plea Hearing in this matter set for Wednesday, November 20, 2009 at 10:45 a.m. is **VACATED and RESET for Friday, November 24, 2009 at 9:30 a.m.  in Courtroom A1002.**

    Dated:  November 13, 2009